PER CURIAM: Mark Moyers appeals his convictions for three counts of willful 
failure to file an income tax return

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Mark Moyers,       
Appellant.
 
 
 

 

Appeal From Bamberg County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2003-UP-642
Submitted August 20, 2003  Filed November 
 4, 2003  

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, of Columbia, for 
 Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Charles 
 H. Richardson, all of Columbia;  and Solicitor Barbara R. Morgan, of Aiken, 
 for Respondent(s).
 
 
 

PER CURIAM:  Mark Moyers appeals his convictions 
 for three counts of willful failure to file an income tax return.  The judge 
 sentenced Moyers to a year imprisonment and payment of costs and assessments 
 for each charge.  The sentences were to be served consecutively.  The judge 
 awarded Moyers thirty-five days credit for time he had served.
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Moyers attached to the final brief a petition 
 to be relieved as counsel, stating he had reviewed the record and concluded 
 Moyerss appeal is without legal merit sufficient to warrant a new trial.  Moyers 
 did not file a separate pro se response.
After a thorough review of the record 
 pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, JJ., concur.